FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 OCT 21 PM 3: 23

William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SUSAN CAROL BENTON,

                Plaintiff,

v.

SAM'S WEST, INC., d/b/a
SAM'S CLUB # 6603,

                Defendant.

Case No. F05-0005-CV (RRB)

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED TO AND AGREED, pursuant to D.AK.LR 83.1(f)(3)(a)(i)(ii), that James K. Juliussen of Davis Wright Tremaine LLP, counsel for defendant, may withdraw as attorney of record from the above-captioned matter and William A. Earnhart of Lane Powell LLC, may substitute in as attorney of record for defendant, SAM'S WEST, INC., d/b/a SAM'S CLUB #6603.

October 21, 2005
_____
Date

10/21/05
_____
Date

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant

By_____
James H. Juliussen – ASBA 9211082

LANE POWELL LLC
Attorneys for Defendant

By_____
William A. Earnhart - ASBA No. 9411099

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

12

**FILED**

DEC 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ Deputy

**ORDER**

THIS COURT, having reviewed the Stipulation to Withdrawal and Substitution of Counsel executed by counsel for Plaintiff and Defendant, it is hereby

ORDERED that William A. Earnhart of Lane Powell LLC shall be substituted in for James H. Juliussen of Davis Wright Tremaine LLP as counsel of record for defendant, SAM'S WEST, INC., d/b/a SAM'S CLUB #6603..

12/5/05
Date

Judge Ralph R. Beistline

I certify that on October 21, 2005, a copy of the foregoing was served by mail on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

999999.0040/151323.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

Motion For Withdrawal And Substitution of Counsel
*Benton v. SAM'S WEST, INC., et al.*   (Case No. F05-0005-CV (RRB))   Page 2 of 2

F05-0005-CV (RRB)

W. SCHENDEL
P. GROVER (DAVIS)   12/6/05
W. Earnhart

DEC-05-2005 09:02 AM