William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SUSAN CAROL BENTON,

    Plaintiff,

v.

SAM'S WEST, INC., d/b/a
SAM'S CLUB # 6603,

    Defendant.

Case No. F05-0005-CV (RRB)

**STIPULATION TO CONTINUE ALL PRETRIAL DEADLINES**

COME NOW the parties, by and through counsel, and stipulate that all pretrial deadlines be continued for 60 days. The parties are moving forward with discovery, however, due to complications of counsels' schedules during the holidays and change of defense counsel, the 60 days extension is necessary.

WINFREE LAW OFFICE, PC
Attorneys for Plaintiff

DATED: January 11th, 2006

By: [signature]
William B. Schendel, ASBA 7610128

LANE POWELL LLC
Attorneys for Defendant

DATED: January 10, 2006

By [signature]
William A. Earnhart, ASBA 9411099

**ORDER**

IT IS HEREBY ORDERED, this ____ day of January, 2006.

_____
Judge Ralph R. Beistline

111655.0257/153045.1