```
William B. Schendel
Winfree Law Office,
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701
Telephone: 907-451-6500
Facsimile: 907-451-6510
e-mail address: will.schendel@winfreelaw.com

Attorney for Plaintiff Benton
```

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SUSAN CAROL BENTON,           )<br>                               )<br>         Plaintiff,            )<br> vs.                           )<br>                               )<br> SAM'S WEST, INC., d/b/a       )   Case No.:  F05-0005-CV (RRB)<br> SAM'S CLUB #6603,             )<br>                               )<br>         Defendant.            )<br>_____) | |

### Certificate of Service

William B. Schendel certifies as follows:  That he is employed by Winfree Law Office, APC; that on the 11th day of January, 2006 he did cause to be sent by U.S. mail and electronically, the following document(s): **Stipulation to Continue all Pretrial Deadlines**.  The envelope was addressed as follows:

```
        William A. Earnhart, Esq.
        LANE POWELL LLC
        301 W. Northern Lights Blvd., Suite 301
        Anchorage, Alaska 99503-9511
```

```
                        WINFREE LAW OFFICE
                        A Professional Corporation
                        For Plaintiff Benton

Dated: January 11, 2006  /s/ William B. Schendel
                         301 Cushman Street, Suite 200
                         Fairbanks, Alaska 99701
                         Phone: (907) 451-6500
                         Fax: (907) 451-6510
                         E-Mail: will.schendel@winfreelaw.com
                         Alaska Bar No. 7610128
```

Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510