William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SUSAN CAROL BENTON,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., d/b/a<br>SAM'S CLUB # 6603,<br><br>    Defendant. | Case No. F05-0005-CV (RRB)<br><br>**PROPOSED ORDER<br>FOR STIPULATION TO CONTINUE<br>PRETRIAL DEADLINES** |

IT IS HEREBY ORDERED that the pretrial deadlines be extended as follows:

|   |   | Original Date: | Date Now Due: |
|---|---|---|---|
| 1. | Final Witness List | February 27, 2006 | April 27, 2006 |
| 2. | Discovery Closes | March 31, 2006 | May 31, 2006 |
| 3. | Discovery Motions | July 3, 2006 | September 4, 2006 |
| 4. | Motions in Limine/Dispositive | July 3, 2006 | September 4, 2006 |

IT IS HEREBY ORDERED, this ____ day of January, 2006.

_____
Judge Ralph R. Beistline

I certify that on January 11, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

By: /s/ Jennifer A. Heck

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631