William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SUSAN CAROL BENTON,

                                    Plaintiff,

v.

SAM'S WEST, INC., d/b/a
SAM'S CLUB # 6603,

                                    Defendant.

Case No. F05-0005-CV (RRB)

ORDER
FOR STIPULATION TO CONTINUE
PRETRIAL DEADLINES

IT IS HEREBY ORDERED that the pretrial deadlines be extended as follows:

|    |                              | Original Date:     | Date Now Due:      |
|----|------------------------------|--------------------|--------------------|
| 1. | Final Witness List           | February 27, 2006  | April 27, 2006     |
| 2. | Discovery Closes             | March 31, 2006     | May 31, 2006       |
| 3. | Discovery Motions            | July 3, 2006       | September 4, 2006  |
| 4. | Motions in Limine/Dispositive| July 3, 2006       | September 4, 2006  |

IT IS HEREBY ORDERED, this 12 day of January, 2006.

                              Judge Ralph R. Beistline

I certify that on January 11, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629


By:  /s/ Jennifer A. Heck

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631