William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SUSAN CAROL BENTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., d/b/a<br>SAM'S CLUB # 6603,<br><br>　　　　　　　　　　Defendant. | Case No. F05-0005-CV (RRB)<br><br>**DECLARATION OF RUDY A. ENGLUND IN SUPPORT OF MOTION OF NONRESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIATE** |

I, Rudy A. Englund, declare as follows:

1. I am over the age of 18 years and am competent to testify to the facts and matters contained herein.

2. I am known by the following variations of my name: _____N/A_____

3. My office address is Lane Powell PC, 1420 Fifth Avenue, Suite 4100, Seattle, WA 98101-2338 and I reside in Seattle, Washington.

4. I was admitted to practice in Washington State in 1975 and have resided in the State of Washington continuously since 1957. My Washington State Bar Number is 04123.

5. I am not the subject of any pending disciplinary actions in any jurisdiction or before any court to which I have been admitted to practice.

6. I have never been suspended or disbarred on account of disability or any other reason in any other jurisdiction or court to which I have been admitted to practice.

EXHIBIT _B_
PAGE _1_ OF _2_

7. I have read Local Rules of the United States District Court in Alaska.

DATED this 13th day of March, 2006.

                          LANE POWELL LLC
                          Attorneys for Defendant

By _____
      Rudy A. Englund
      Lane Powell PC
      1420 Fifth Avenue, Suite 4100
      Seattle, Washington 98101-2338
      Tel: (206) 223-7000
      Fax: (206) 223-7107
      Email: englundr@lanepowell.com
      WSBA No. 04123

111655.0257/154062.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT B
PAGE 2 OF 2

Declaration of Rudy A. Englund In Support of Motion of Nonresident Attorney
For Permission To Appear and Participate
*Benton v. SAM'S WEST, INC., et al.*     (Case No.F05-0005-CV (RRB))     Page 2 of 2