William A. Earnhart, Esq., ASBA 9411099
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SUSAN CAROL BENTON,<br><br>                          Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC., d/b/a<br>SAM'S CLUB # 6603,<br><br>                         Defendant. | Case No. F05-0005-CV (RRB)<br><br>**[PROPOSED] ORDER GRANTING<br>PERMISSION FOR NONRESIDENT<br>ATTORNEY TO APPEAR<br>AND PARTICIPATE** |

      THIS COURT having reviewed the motion of Rudy A. Englund and the consent of William A. Earnhart, and any opposition thereto,

      HEREBY ORDERS that Rudy A. Englund, a member in good standing of the Bar of the State of Washington, is permitted to appear and participate in the above-referenced action.

      DATED this _____ day of March, 2006.

                                                                     _____
                                                                       United States District Court Judge

I certify that on March 13, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

/s/ William A. Earnhart
111655.0257/154063.1