**RECEIVED**

MAR 2 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES
DISTRICT COURT
District of Alaska
Anchorage Division

\# 00127851 - PS
March 20, 2006

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 6855XX-N | F0-5-05 | | 150.00 CK |

TOTAL→      150.00

FROM: LANE POWELL PC FOR
RUDY A. ENGLUND
NONRESIDENT ATTORNEY TO APPEAR
4:05-CV-00005 RRB