Rudy A. Englund, Esq.
*Admitted Pro Hac Vice*
William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SUSAN CAROL BENTON,

            Plaintiff,

v.

SAM'S WEST, INC.
d/b/a SAM'S CLUB #6603,

            Defendant.

Case No. F05-0005-CV (RRB)

**STIPULATION TO CONTINUE FINAL WITNESS LIST DEADLINE**

COME NOW the parties, by and through counsel, and stipulate that the April 27, 2006 Final Witness List deadline be extended fourteen (14) days until May 11, 2006.  The parties have stipulated to this extension to facilitate the orderly exchange of final witness lists and the pursuit of settlement negotiations.  This stipulation is not being sought in furtherance of delay.

Dated:  April 27, 2006

WINFREE LAW OFFICE, PC
Attorneys for Plaintiff
By  /s/Rudy A. Englund for William B. Schendel (via e-mail approval)
  William B. Schendel
  301 Cushman St. Suite 200
  Fairbanks, Alaska 99701-4629
  Tel:  (907)451-6500
  Fax:  (907) 451-6510
  E-mail:  will.schendel@winfreelaw.com
  ASBA No. 7610128

Dated:  April 27, 2006

LANE POWELL PC
Attorneys for Defendant
By   /s/ Rudy A. Englund
  Rudy A. Englund
  1420 Fifth Avenue, Suite 4100
  Seattle, Washington 98101-2338
  Telephone 206-223-7042
  Facsimile 206-223-7107
  E-mail:  englundr@lanepowell.com
  WSBA No. 04123

111655.0257/154881.1

I certify that on April 27, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

By: /s/ Rudy A. Englund

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**STIPULATION TO CONTINUE FINAL WITNESS LIST DEADLINE**
*Bollig v. SAM'S WEST, INC., et al.*     (Case No.F05-0004-CV (RRB))     Page 2 of 2