Rudy A. Englund, Esq.
*Admitted Pro Hac Vice*
William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SUSAN CAROL BENTON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC.<br>d/b/a SAM'S CLUB #6603,<br><br>　　　　　　Defendant. | Case No. F05-0005-CV (RRB)<br><br>**[PROPOSED] ORDER RE:**<br>**STIPULATION TO CONTINUE FINAL**<br>**WITNESS LIST DEADLINE** |

The Stipulation To Continue Final Witness List Deadline is hereby GRANTED. The Final Witness List is due on May 11, 2006.

DATED: April ___, 2006.

_____
Judge Ralph R. Beistline

I certify that on April 27, 2006, a copy
of the foregoing was served electronically on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

By: /s/ Rudy A. Englund

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

111655.0257/154883.1