Rudy A. Englund, Esq.
*Admitted Pro Hac Vice*
William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SUSAN CAROL BENTON,

Plaintiff,

v.

SAM'S WEST, INC.
d/b/a SAM'S CLUB #6603,

Defendant.

Case No. F05-0005-CV (RRB)

[PROPOSED] ORDER RE:
STIPULATION TO CONTINUE FINAL
WITNESS LIST DEADLINE

The Stipulation To Continue Final Witness List Deadline is hereby GRANTED. The Final

Witness List is due on May 11, 2006.

DATED: April 27, 2006.

_____
Judge Ralph R. Beistline

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631