William B. Schendel  
Winfree Law Office,  
A Professional Corporation  
301 Cushman Street, Suite 200  
Fairbanks, Alaska 99701  
Telephone: 907-451-6500  
Facsimile: 907-451-6510  
e-mail address: will.schendel@winfreelaw.com  

Attorney for Plaintiff Benton

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SUSAN CAROL BENTON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| SAM'S WEST, INC., d/b/a ) | Case No.:  F05-0005-CV (RRB) |
| SAM'S CLUB #6603, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE TO COURT RE SETTLEMENT**

Plaintiff Susan Carol Benton hereby notifies the court that the parties have agreed to settle this case, and will shortly submit appropriate documents.

Dated this 10th day of May, 2006, at Fairbanks, Alaska.

                      WINFREE LAW OFFICE  
                      A Professional Corporation  
                      For Plaintiff Benton  

                      /s/ William B. Schendel  
                      301 Cushman Street, Suite 200  
                      Fairbanks, Alaska 99701  
                      Phone: (907) 451-6500  
                      Fax: (907) 451-6510  
                      E-Mail: will.schendel@winfreelaw.com  
                      Alaska Bar No. 7610128

Winfree Law Office  
A Professional Corporation  
301 Cushman Street, Suite 200  
Fairbanks, Alaska 99701-4629  
Telephone 907.451.6500  
Facsimile 907.451.6510

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2006, a copy of the foregoing, Notice to Court re Settlement, was served electronically [and/or] by U.S. Mail on the following:

William A. Earnhart
Lane Powell PC
301 W. Northern Lights Blvd.,301
Anchorage, Alaska 99503-2648

Rudy Englund, Atty.
Lane Powell
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338


/s/ William B. Schendel
Winfree Law Office



Winfree Law Office
A Professional Corporation
301 Cushman Street, Suite 200
Fairbanks, Alaska 99701-4629
Telephone 907.451.6500
Facsimile 907.451.6510