## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>SUSAN CAROL BENTON</u>   v.   <u>SAM'S WEST, INC d/b/a SAM'S CLUB #6603</u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                          CASE NO.  <u>4:05-cv-00005-RRB</u>

<u>CAROLYN BOLLMAN</u>

<u>PROCEEDINGS</u>: **MINUTE ORDER FROM CHAMBERS**          DATE: <u>May 22, 2006</u>

      Plaintiff has filed a notice to the court regarding settlement at Docket 25.  If a settlement has been reached, counsel will please submit appropriate closing papers within thirty (30) days from the date of this order or, in the alternative, counsel for plaintiff (or third-party plaintiff, as appropriate) shall, within said thirty-day period, report the status of the case to the court.

      If the court receives neither appropriate closing papers nor a report within thirty (30) days from the date of this order, the court will assume that the parties have settled the case and it will be dismissed with prejudice.

      All deadlines are hereby vacated, and all pending motions are denied as moot with leave to renew if the case is not dismissed.

[]{IL2.WPD*Rev.12/96}