Rudy A. Englund, WSBA No. 04123
*Admitted Pro Hac Vice*
Brewter H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone:    (907) 277-9511
Facsimile:    (907) 276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SUSAN CAROL BENTON,<br><br>                                    Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC.<br>d/b/a SAM'S CLUB #6603,<br><br>                                    Defendant. | Case No. F05-0005-CV (RRB)<br><br><br>**NOTICE OF CHANGE OF COUNSEL<br>FOR DEFENDANT<br>SAM'S WEST, INC.** |

NOTICE IS HEREBY GIVEN that William A. Earnhart is no longer associated

with Lane Powell, LLC and should be removed from the service list as attorney for defendant,

Sam's West, Inc. All future electronic filings, pleadings, discovery, correspondence and

related materials should be directed to: Peter C. Partnow, ASBA # 7206029, Lane Powell

LLC, 301 W. Northern Lights Blvd., Suite 301, Anchorage, AK 99503-2648.

DATED this 15th day of June, 2006.

I certify that on June 15, 2006, a copy
of the foregoing was served by mail on:

William B. Schendel, Esq.
Winfree Law Office
301 Cushman Street, Suite 200
Fairbanks, AK 99701-4629

s/Rudy A. Englund
111655.0256/155480.1

LANE POWELL LLC
Attorneys for Defendant

By s/Rudy A. Englund
      Rudy A. Englund - WSBA No. 04123
      *Admitted Pro Hac Vice*
      Brewster H. Jamieson, ASBA No. 8411122

LANE POWELL LLC
301 W. Northern Lights Blvd, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631